UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CAPITOL RECORDS, INC.,
VIRGIN RECORDS AMERICA, INC.,
WARNER BROS. RECORDS, INC.,
SONY BMG MUSIC ENTERTAINMENT,
UMG RECORDINGS, INC., and
BMG MUSIC,
           Plaintiffs,

    v.                                      Case No. 05-C-334

ALFREDO VALDEZ,

           Defendant.

## OPINION AND ORDER

The Plaintiffs have filed a suggestion of Chapter 7 bankruptcy filing by Defendant Alfredo Valdez and notice of automatic stay. See 11 U.S.C. § 362(a). Therefore, the court ORDERS that this action is stayed.

There is no reason at this time to maintain this file as an open case for statistical purposes. Therefore, IT IS FURTHER ORDERED that the Clerk of Court shall submit a JS-6 Form to the Administrative Office of the United States Courts, thereby closing this case for statistical purposes.

IT IS FURTHER ORDERED that nothing in this order shall be considered a dismissal or disposition of this matter and any party may reopen this case at any time

by advising the court and opposing counsel in writing that the automatic stay has been lifted and that the parties are ready to proceed with this case.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 30th day of August, 2005.

s/Thomas J. Curran  
THOMAS J. CURRAN  
United States District Judge